HELEN E. COMFORT, Respondent, v. ROLAND M. COMFORT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

ANNA M. COSTELLO, Respondent, v. FOREST HILLS DWELLINGS, INC., Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

DORA DIDINSKY, Respondent, v. JOHN OSBORN POLAK, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

SARAH FRIEDLANDER, as Administratrix, etc., of BENJAMIN FRIEDLANDER, Deceased, Appellant, v. BESSIE MEISLICH, Respondent.— Motion to dismiss appeal denied, upon condition that appellant perfect the appeal for the March, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

JOSEPH A. FRUMKIN, Respondent, v. C. F. MacDONALD REALTY CORPORATION and GARDEN CITY FOUNDERS, INC., Appellants.— Motion for reargument of motion· to dismiss appeal granted, and on reargument motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

THEODORE B. HENNENLOTTER, as Trustee in Bankruptcy of HENRY GREENE, and Others, Respondents, v. HENRY SEINFEL and Others, Appellants.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

IRVING INDUSTRIAL CORPORATION, Plaintiff, Respondent, v. THE LUHAR CORPORATION and Others, Defendants. MORRIS BERCOVITZ, Respondent, Appellant. — Motion· for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

ISLAND PARK ASSOCIATES, INC., Respondent, v. O'DONOHUE PARK CORPORATION, Appellant, and MARY EBERST, Defendant. (Action No. 1.) ISLAND PARK ASSOCIATES, INC., Respondent, v. O'DONOHUE PARK CORPORATION and ISAAC ZARET, Appellants, and MARY EBERST, Defendant. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in the Borough of Richmond, City of New York, Required in Connection with the Construction of the Freight and Passenger Tunnel between the Boroughs of Brooklyn and Richmond, in the City of New York, Duly Selected According to Law. On Petition of ELLA BRUEGGEMANN.— Motion for payment of . award granted. Order signed. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.